■

PAUL C. McADOO, Respondent, v. JOHN PRICE et al., Appellants, et al., Defendant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Chautauqua Trial Term for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ.

■

In the Matter of the Arbitration between HUDSON PLASTERING CORPORATION, Respondent, and KENVILLE HOMES, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Special Term for petitioner in an arbitration of a dispute involving a lien filed by claimant against property of defendant [appellant].) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

In the Matter of the Arbitration between HUDSON PLASTERING CORPORATION, Respondent, and KENSINGTON VILLAGE, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Special Term for petitioner in an arbitration of a dispute involving a lien filed by claimant against property of defendant [appellant].) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

In the Matter of FRANK M. BARSKI, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination confirmed, without costs. Memorandum: The inspection of licensed premises authorized by subdivision 15 of section 106 of the Alcoholic Beverage Control Law, includes, in our opinion, all books and records located upon the premises at the time of inspection. Such inspection may not be impeded or limited by the refusal of the licensee to permit examination of records and books of an alleged personal nature. The inspection sought being in the public interest and pursuant to legislation addressed to a legitimate end, it does not rest with the licensee to determine what records and books may or may not be inspected and examined. All concur. (Review of the action of the State Liquor Authority which suspended petitioner's liquor license, which proceeding was transferred to the Appellate Division for determination by order of Cayuga Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

In the Matter of STELLA SWIDERGAL, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination confirmed, without costs. All concur. (Review of the action of the State Liquor Authority which cancelled petitioner's restaurant liquor license, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

GERTRUDE CARNEY, Appellant, v. ANTHONY TADDEO, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.